**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James J. Luce**
**Linda A. Luce**
    Debtor(s)

Bankruptcy Case No.: 11−10053−TPA

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: September 20, 2016

Thomas P. Agresti
United States Bankruptcy Judge